**FILED**

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

**FEBRUARY 14, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 954**

In the Matter of                                    Case Number:

MERRILL LYNCH COMMERCIAL FINANCE CORP.,
   Plaintiff,
v.
MATTHEWS VENTURES HOLDINGS LLC, et. al,
   Defendants.

**JUDGE GUZMAN
MAGISTRATE JUDGE SCHENKIER**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

| | |
|---|---|
| **NAME (Type or print)**<br>J. Mark Fisher | |
| **SIGNATURE (Use electronic signature if the appearance form is filed electronically)**<br>s/ J. Mark Fisher | |
| **FIRM**<br>Schiff Hardin LLP | |
| **STREET ADDRESS**<br>6600 Sears Tower | |
| **CITY/STATE/ZIP**<br>Chicago, IL 60606 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>3121711 | **TELEPHONE NUMBER**<br>312-258-5710 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐