**FILED**
**FEBRUARY 14, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**08 C 954**

| | |
|---|---|
| **MERRILL LYNCH COMMERCIAL FINANCE CORP.**, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>**MATTHEWS VENTURES HOLDINGS LLC**, a Connecticut limited liability company; **FIRST HARTFORD CAPITAL CORP.**, a Connecticut corporation; **FIRST WALLINGFORD CAPITAL CORP.**, a Connecticut corporation and **ROBERT V. MATTHEWS**,<br><br>Defendants. | Case No. 08-C-_____<br><br>Honorable **JUDGE GUZMAN**<br>**MAGISTRATE JUDGE SCHENKIER** |

### MERRILL LYNCH COMMERCIAL FINANCE CORP.'S
### LOCAL RULE 3.2 DISCLOSURE STATEMENT

Pursuant to Local Rule 3.2 for the United States District Court for the Northern District of Illinois, Plaintiff Merrill Lynch Commercial Finance Corp. hereby identifies Merrill Lynch & Co., Inc. as its parent company. Merrill Lynch further discloses that there are no other publicly held companies owning 10 percent or more of the stock of Merrill Lynch Commercial Finance Corp.

-2-

| | |
|---|---|
| Dated:  February 14, 2008 | Respectfully submitted,<br><br>Merrill Lynch Commercial Finance Corp.<br><br>By:   /s/J. Mark Fisher<br>J. Mark Fisher (Illinois Bar No. 3121711)<br>Melody R. Barron (Illinois Bar No. 6292346)<br>SCHIFF HARDIN LLP<br>6600 Sears Tower<br>Chicago, Illinois  60606-6473<br>(312) 258-5500 (phone)<br>(312) 258-5700 (facsimile)<br>mfisher@schiffhardin.com<br>mbarron@schiffhardin.com<br><br>*Its attorneys* |

CH2\2330832.1