AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

MERRILL LYNCH COMMERCIAL
FINANCE CORP.,
                Plaintiff

V.

MATTHEWS VENTURES HOLDINGS LLC,
et. al,
                Defendants

CASE NUMBER:

# 08 C 954

ASSIGNED JUDGE:

**JUDGE GUZMAN**

DESIGNATED
MAGISTRATE JUDGE:

**MAGISTRATE JUDGE SCHENKIER**

TO: (Name and address of Defendant)

    Mr. Robert V. Matthews
    101 Casa Bendita
    Palm Beach, FL 33480

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    J. Mark Fisher
    Melody R. Barron
    SCHIFF HARDIN LLP
    6600 Sears Tower
    Chicago, Illinois  60606-6473

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

**(By) DEPUTY CLERK**

**February 15, 2008**

**Date**

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | *Recd 2-18-08 at 900 am* |
|---|---|

| Service of the Summons and complaint was made by me[1] | DATE *2-20-08 at 438 pm* |
|---|---|
| NAME OF SERVER (PRINT) *Martin Potter* | TITLE *CPS #564 15 J.C., P.B.C., Fla* |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ✗ *ADAN URBINA*
*ADAN URBINA*

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): *Attempts 2-18-08 302pm not home spoke to Adan Urbina*
*2-18-08 550pm same, 2-19-08 715-730pm I spoke to 2 Different Women by*
*Security Phone & Camera at Front Gate*
*Adan Urbina Description White Male, 5'10", 190 LBs, Brown Hair, 45 Age*

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on *February 20, 2008*                     *Martin W Potter*
　　　　　　　　　Date　　　　　　　　　　　Signature of Server

*5634 SW 114 Avenue*
　　　　　Address of Server
*Cooper City, Fla 33330*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.