05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

MERRILL LYNCH COMMERCIAL
FINANCE CORP.,
        Plaintiff

V.

MATTHEWS VENTURES HOLDINGS LLC,
et. al,
        Defendants

CASE NUMBER: **08 C 954**

ASSIGNED JUDGE: **JUDGE GUZMAN**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE SCHENKIER**

TO: (Name and address of Defendant)

Matthews Ventures Holdings LLC
59 Elm Street, New Haven, Connecticut 06510
c/o Francis Donnarumma
100 Grand Street, Suite 2F
Waterbury, CT 06702

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

J. Mark Fisher
Melody R. Barron
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, Illinois 60606-6473

an answer to the complaint which is herewith served upon you, within   **20**   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_____
(By) DEPUTY CLERK

February 15, 2008
-------------------------
Date

)0) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 2/25/08 |
| NAME OF SERVER (PRINT) Domenic J. Jannetry | TITLE State Marshal |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Francis Donnarumma @ 27 State Street, Waterbury CT 06702

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL 4.85 | SERVICES 30.00 | TOTAL 103.05 |
|---|---|---|

Endorsement 120    DECLARATION OF SERVER    Copies: 67.00

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/25/08
Date

Signature of Server    Domenic J. Jannetry - State Marshal

Address of Server    27 State St, Waterbury CT 06702

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.