IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MERRILL LYNCH COMMERCIAL FINANCE CORP., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEWS VENTURES HOLDINGS LLC, a Connecticut limited liability company; FIRST HARTFORD CAPITAL CORP., a Connecticut corporation; FIRST WALLINGFORD CAPITAL CORP., a Connecticut corporation and ROBERT V. MATTHEWS,<br><br>Defendants. | Case No. 08-C-954<br><br>Honorable Judge Guzman<br>Magistrate Judge Schenkier |

## NOTICE OF MOTION

TO:   Defendants listed on attached Certificate of Service

   **PLEASE TAKE NOTICE** that on Thursday, March 27, 2008 at 9:30 a.m., we shall appear before the Honorable Ronald A. Guzman, or any Judge sitting in his stead in the courtroom usually occupied by him, Courtroom 1219 of the Everett Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the **PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT and PLAINTIFF'S MOTION FOR LEAVE TO FILE ADDITIONAL APPEARANCE**, a true and accurate copy of which was served upon you herewith.

Dated: March 18, 2008      Respectfully submitted,

MERRILL LYNCH COMMERCIAL FINANCE CORP.

By:   /s/J. Mark Fisher
J. Mark Fisher (Illinois Bar No. 3121711)
Melody R. Barron (Illinois Bar No. 6292346)
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, Illinois 60606-6473
(312) 258-5500 (phone)
(312) 258-5700 (facsimile)
mfisher@schiffhardin.com
mbarron@schiffhardin.com

*Its attorneys*

-2-

## CERTIFICATE OF SERVICE

     I Melody R. Barron , an attorney, certify that I have this 18th day of March, 2008, caused the following to be served a copy of the foregoing **NOTICE OF MOTION** and **PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT and PLAINTIFF'S MOTION FOR LEAVE TO FILE ADDITIONAL APPEARANCE** on the following parties by depositing same in the U.S. Mail, First Class postage prepaid, in envelopes addressed to :

| | |
|---|---|
| Robert V. Matthews<br>101 Casa Bendita<br>Palm Beach, FL  33480 | First Wallingford Capital Corporation<br>First Hartford Capital Corporation<br>Matthews Ventures Holdings LLC<br>c/o Francis Donnarumma<br>100 Grand Street, Suite 2F<br>Waterbury, CT  06702 |
| Matthews Ventures Holdings LLC<br>First Wallingford Capital Corporation<br>First Hartford Capital Corporation<br>59 Elm Street<br>New Haven, CT  06510 | |

                                                   /s/ Melody R. Barron
                                                    Melody R. Barron

CH2\2380536.1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MERRILL LYNCH COMMERCIAL FINANCE CORP., a Delaware corporation,<br><br>      Plaintiff,<br><br> v.<br><br>MATTHEWS VENTURES HOLDINGS LLC, a Connecticut limited liability company; FIRST HARTFORD CAPITAL CORP., a Connecticut corporation; FIRST WALLINGFORD CAPITAL CORP., a Connecticut corporation and ROBERT V. MATTHEWS,<br><br>      Defendants. | Case No. 08-C-954<br><br>Honorable Judge Guzman<br>Magistrate Judge Schenkier |

### MOTION FOR ENTRY OF DEFAULT JUDGMENT

Pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, plaintiff Merrill Lynch Commercial Finance Corp., successor to Merrill Lynch Business Financial Services, Inc. ("Merrill Lynch" or "Plaintiff"), through counsel, hereby moves the Court to enter default judgment on its Complaint in favor of Plaintiff against Defendants Matthews Ventures Holdings LLC, First Hartford Capital Corp., First Wallingford Capital Corp. and Robert V. Matthews (collectively "Defendants") for their failure to answer or file a responsive pleading to Plaintiff's Complaint within the time required by law. In support of its Motion, the Plaintiff states as follows:

 1. On Thursday, February 14, 2008, the Plaintiff filed a Complaint in this action seeking to recover for breach of contract.

 2. On February 21, 2008, Robert V. Matthews was properly served with the Summons in a Civil Case and the Complaint. *See* Affidavit of Service, attached hereto as <u>Exhibit A</u> and filed as docket entry no. 8.

3.	On February 25, 2008, Matthews Ventures Holdings LLC, First Hartford Capital Corp., and First Wallingford Capital Corp. were each properly served with the Summons in a Civil Case and the Complaint. *See* Affidavits of Service, attached hereto as Exhibits B, C and D and filed as docket entry nos. 9 through 11.

4.	Federal Rule of Civil Procedure 12(a)(1) requires the Defendants to file their answer to the Complaint within twenty (20) days of service.

5.	More than twenty (20) days have passed since the Defendants were served with the Plaintiff's verified complaint. As of March 15, 2008, the Defendants have not filed an answer or otherwise appeared and pleaded to the complaint in this action.

6.	As more fully set forth in the Affidavit of Edmond Blough attached hereto as Exhibit E, as of the date of this motion, defendants jointly and severally are indebted to Merrill Lynch in the amount of $2,621,271.91, plus interest accruing at the rate of $726.08 per diem, plus attorneys' fees and costs of collection accruing after that date.

WHEREFORE, Merrill Lynch Commercial Finance Corp. respectfully requests that the Clerk of this Court enter a default judgment against Defendant Robert V. Matthews for failing to reply to Plaintiff's Complaint within the time prescribed by law.

Dated: March 18, 2008        Respectfully submitted,

MERRILL LYNCH COMMERCIAL FINANCE CORP.

By:   /s/J. Mark Fisher
    J. Mark Fisher (Illinois Bar No. 3121711)
    Melody R. Barron (Illinois Bar No. 6292346)
    SCHIFF HARDIN LLP
    6600 Sears Tower
    Chicago, Illinois  60606-6473
    (312) 258-5500 (phone)
    (312) 258-5700 (facsimile)
    mfisher@schiffhardin.com
    mbarron@schiffhardin.com

*Its attorneys*

# Exhibit A

Case 1:08-cv-00954    Document 12    Filed 03/18/2008    Page 5 of 20

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

MERRILL LYNCH COMMERCIAL
FINANCE CORP.,
        Plaintiff

V.

MATTHEWS VENTURES HOLDINGS LLC,
et. al,
        Defendants

CASE NUMBER: **08 C 954**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE: **JUDGE GUZMAN**
**MAGISTRATE JUDGE SCHENKIER**

TO: (Name and address of Defendant)

Mr. Robert V. Matthews
101 Casa Bendita
Palm Beach, FL 33480

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

J. Mark Fisher
Melody R. Barron
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, Illinois 60606-6473

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

(By) DEPUTY CLERK

**February 15, 2008**
Date

Exhibit A

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | Rec'd 2-18-08 at 900 am |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 2-20-08 at 438 pm |
| NAME OF SERVER (PRINT) Martin Totter | TITLE CPS #564 15J.C., P.B.C., Fla |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: X  ADAN URBINA
   ADAN URBINA

☐ Returned unexecuted: _____

☐ Other (specify): Attempts 2-18-08 302pm not home spoke to Adan Urbina 2-18-08 550pm same, 2-19-08 715-730pm I spoke to 2 Different Women by Security Phone & Camera at Front Gate Adan Urbina Description White Male, 5'10", 190LBS, Brown Hair, 45 Age

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on February 20, 2008    *Martin V Totter*
                Date                        Signature of Server

5634 SW 114 Avenue
Address of Server
Cooper City, Fla 33330

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# Exhibit B

Case 1:08-cv-00954　　Document 12　　Filed 03/18/2008　　Page 8 of 20

05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

MERRILL LYNCH COMMERCIAL
FINANCE CORP.,
                Plaintiff

V.

MATTHEWS VENTURES HOLDINGS LLC,
et. al,
                Defendants

CASE NUMBER: **08 C 954**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE: **JUDGE GUZMAN**
**MAGISTRATE JUDGE SCHENKIER**

TO: (Name and address of Defendant)

Matthews Ventures Holdings LLC
59 Elm Street, New Haven, Connecticut 06510
c/o Francis Donnarumma
100 Grand Street, Suite 2F
Waterbury, CT 06702

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

J. Mark Fisher
Melody R. Barron
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, Illinois 60606-6473

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_____
(By) DEPUTY CLERK

February 15, 2008
Date

Exhibit B

)0) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me[1] || DATE 2/25/08 |
| NAME OF SERVER *(PRINT)* Domenic J. Jannetry || TITLE State Marshal |
| Check one box below to indicate appropriate method of service |||

☒ Served personally upon the defendant. Place where served: Francis Donnarumma @ 27 State Street, Waterbury CT 06702

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL 4.85 | SERVICES 30.00 | TOTAL 103.05 |

Endorsement 120          DECLARATION OF SERVER          Copres: 67.00

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/25/08
           Date

Signature of Server: Domenic J. Jannetry - State Marshal

Address of Server: 27 State St, Waterbury CT 06702

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# Exhibit C

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

MERRILL LYNCH COMMERCIAL
FINANCE CORP.,
              Plaintiff

V.

MATTHEWS VENTURES HOLDINGS LLC,
et. al,
              Defendants

CASE NUMBER: **08 C 954**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE: **JUDGE GUZMAN**
**MAGISTRATE JUDGE SCHENKIER**

TO: (Name and address of Defendant)

First Hartford Capital Corporation
59 Elm Street, New Haven, Connecticut 06510
c/o Francis Donnarumma
100 Grand Street, Suite 2F
Waterbury, CT 06702

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

J. Mark Fisher
Melody R. Barron
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, Illinois 60606-6473

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

(By) DEPUTY CLERK

**February 15, 2008**
Date

Exhibit C

AO 440 (Rev. 05/00) Summons in a Civil Action

| | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | | DATE 2/25/08 |
| NAME OF SERVER (PRINT) Domenic J Jannetty | | TITLE State Marshal |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Francis Donnarumma @ 27 State Street, Waterbury CT 06702

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL 0 | SERVICES 10.00 | TOTAL 78.20 |
|---|---|---|

Endorsements: 1.20    DECLARATION OF SERVER    Copies 67.00

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/25/08.
Date

Signature of Server   Domenic J. Jannetty - State Marshal

27 State St. Waterbury CT 06202
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# Exhibit D

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

MERRILL LYNCH COMMERCIAL
FINANCE CORP.,
            Plaintiff

V.

MATTHEWS VENTURES HOLDINGS LLC,
et. al,
            Defendants

CASE NUMBER: **08 C 954**

ASSIGNED JUDGE: **JUDGE GUZMAN**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE SCHENKIER**

TO: (Name and address of Defendant)

First Wallingford Capital Corporation
59 Elm Street, New Haven, Connecticut 06510
c/o Francis Donnarumma
100 Grand Street, Suite 2F
Waterbury, CT 06702

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

J. Mark Fisher
Melody R. Barron
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, Illinois 60606-6473

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_____
(By) DEPUTY CLERK

**February 15, 2008**
Date

Exhibit D

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 2/25/08 |
| NAME OF SERVER (PRINT) Domenic J. Jannetty | TITLE State Marshal |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Francis Donnarumma @ 27 State Street, Waterbury CT. 06702

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | 10.00 | 78.20 |

Endorsement 1.20     Copies: 67

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/25/08
Date

Signature of Server: Domenic J. Jannetty State Marshal

Address of Server: 27 State St. Waterbury CT 06702

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# Exhibit E

## AFFIDAVIT OF EDMOND J. BLOUGH

I, Edmond J. Blough, being duly sworn, deposes and states as follows:

1. At all times pertinent to this case, I have been the Vice President of Merrill Lynch Commercial Finance Corp, successor to Merrill Lynch Business Financial Services Inc., plaintiff in this action ("Merrill Lynch"). I am submitting this affidavit in support of Merrill Lynch's Motion For Entry of Default Judgment against Matthews Ventures Holdings LLC ("MVH"), First Hartford Capital Corp. ("FHCC"), First Wallingford Capital Corp.("FWCC") and Robert V. Matthews ("Matthews") (collectively "Defendants"). Unless otherwise defined herein, all capitalized terms used herein shall have the meanings ascribed to them in the complaint in this action.

2. As part of my duties, I have personal knowledge of the Promissory Notes and Term Loan and Security Agreements entered with MVH. I also have personal knowledge of the Forbearance Agreement between Merrill Lynch, Matthews and MVH.

3. I also have personal knowledge of the Guarantees and Reaffirmation Agreements executed and delivered to Merrill Lynch by FHCC, FWCC and Matthews.

4. After deducting all payments made by Defendants to Merrill Lynch through the date of this affidavit, the total amount due from the Defendants to Merrill Lynch under the Agreements is $2,621,271.91. The components of this indebtedness follow. Defendants owe Merrill Lynch a total principal balance of $2,376,263.07, plus an unpaid Commitment Fee of $16,875.00, plus an unpaid Amendment Fee of $25,000, plus $10,356.48 in late charges plus accrued interest of $83,783.22. In addition, Defendants unreimbursed attorneys' fees and expenses relating to prior amendments or collection activities resolved by forbearance

Exhibit E

agreements is $82,783.22. Finally, since January 1, 2007, Merrill Lynch has incurred $25,770.75 in attorneys' fees and $454.34 in expenses in collection activities against Defendants.

5. All of the amounts set forth in paragraph 4 above are past due.

6. Interest continues to accrue on the Principal Debt at the Default Rate, which is $726.08 per diem as of the date of this affidavit.

I certify, under penalty of perjury, that the foregoing is true and correct to the best of my personal knowledge, information, and belief.

Executed on this 18th day of March, 2008.

_____
Edmond J. Blough

Subscribed and sworn before me
this 17th day of March, 2008

_____
Notary Public

CH2\2372367.2

OFFICIAL SEAL
MARLANA SANCHEZ-ZARINANA
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/15/10

-2-

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **MERRILL LYNCH COMMERCIAL FINANCE CORP.**, a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> **MATTHEWS VENTURES HOLDINGS LLC**, a Connecticut limited liability company; **FIRST HARTFORD CAPITAL CORP.**, a Connecticut corporation; **FIRST WALLINGFORD CAPITAL CORP.**, a Connecticut corporation and **ROBERT V. MATTHEWS**, <br><br> Defendants. | **Case No. 08-C-954** <br><br> **Honorable Judge Guzman** <br> **Magistrate Judge Schenkier** |

## MOTION FOR LEAVE TO FILE AN ADDITIONAL APPEARANCE

Melody R. Barron of Schiff Hardin LLP respectfully moves for leave to file her appearance on behalf of the plaintiff, Merrill Lynch Commercial Finance Corp.


Dated: March 18, 2008          Respectfully submitted,

                               MERRILL LYNCH COMMERCIAL FINANCE CORP.

                               By:    /s/ Melody R. Barron
                                      J. Mark Fisher (Illinois Bar No. 3121711)
                                      Melody R. Barron (Illinois Bar No. 6292346)
                                      SCHIFF HARDIN LLP
                                      6600 Sears Tower
                                      Chicago, Illinois  60606-6473
                                      (312) 258-5500 (phone)
                                      (312) 258-5700 (facsimile)
                                      mfisher@schiffhardin.com
                                      mbarron@schiffhardin.com

                                      *Its attorneys*

CH2\2380589.1