**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 C 954 |
|---|---|

Merrill Lynch Commercial Finance Corp.

v.

Matthews Ventures Holdings, LLC, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants, Matthews Ventures Holdings, LLC, First Hartford Capital Corp., First Wallingford Capital Corp., and Robert V. Matthews

| | |
|---|---|
| NAME (Type or print) | |
| Joel C. Griswold | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Joel C. Griswold | |
| FIRM | |
| Bell, Boyd & Lloyd, LLP | |
| STREET ADDRESS | |
| 70 West Madison Street, Suite 3100 | |
| CITY/STATE/ZIP | |
| Chicago, Illinois  60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 627757 | (312) 372-1121 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐    NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑    NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐    NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |