**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **MERRILL LYNCH COMMERCIAL FINANCE CORP.**, a Delaware corporation,<br><br>                    **Plaintiff,**<br><br>   v.<br><br>**MATTHEWS VENTURES HOLDINGS LLC**, a Connecticut limited liability company; **FIRST HARTFORD CAPITAL CORP.**, a Connecticut corporation; **FIRST WALLINGFORD CAPITAL CORP.**, a Connecticut corporation and **ROBERT V. MATTHEWS,**<br><br>                    **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   **Case No. 08-C-954**<br><br>   **Honorable Judge Guzman**<br>   **Magistrate Judge Schenkier** |

## STATUS REPORT

Plaintiff Merrill Lynch Commercial Finance Corp**.** and Defendants Matthews Ventures Holdings LLC, First Hartford Capital Corp., First Wallingford Capital Corp. and Robert V. Matthews hereby report on the meeting of lead counsel in accordance with the standing order of the Court.

      1.      The parties have had a meeting to discuss settlement. While no settlement was agreed, the parties have reached an interim forbearance agreement that provides that the defendants should file answers to the complaint and that further proceedings in the action should be stayed for up to 60 days so that defendants' may proceed with their effort to complete a refinancing of the indebtedness that they owe to plaintiff or complete the sale of real estate sufficient to pay such indebtedness. The parties' forbearance agreement that provides that the 60-day forbearance period may be shortened in the event that a "Termination Event" under the

forbearance agreement occurs, whereupon plaintiff may move for the entry of judgment on the pleadings.

2. The parties have agreed to exchange pretrial disclosures and that no other discovery is required in this case beyond the presentation of documentation by plaintiff supporting its calculation of the amount of its indebtedness and costs of collection.

3. The parties request that they be excused from exchanging the pretrial disclosures until after a further status hearing in this matter, which they recommend be held not earlier than May 26, 2008, the expiration of the 60-day forbearance period under the parties' agreement.

Dated: April 9, 2008

MERRILL LYNCH COMMERCIAL FINANCE CORP.

By: /s/J. Mark Fisher
J. Mark Fisher (Illinois Bar No. 3121711)
Melody R. Barron (Illinois Bar No. 6292346)
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, Illinois 60606-6473
(312) 258-5500 (phone)
(312) 258-5700 (facsimile)
mfisher@schiffhardin.com
mbarron@schiffhardin.com

*Its attorneys*

MATTHEWS VENTURES HOLDINGS LLC
FIRST HARTFORD CAPITAL CORP.
FIRST WALLINGFORD CAPITAL CORP.
ROBERT V. MATTHEWS

By: /s/ Joel C. Griswold
Joel C. Griswold
Bell, Boyd & Lloyd LLP
70 W. Madison St., 3100
Chicago, IL 60602
Tel.: 312-807-4238
Email: jgriswold@bellboyd.com

-3-

*Their attorney*

CH2\2432034.1