## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **MERRILL LYNCH COMMERCIAL FINANCE CORP.**, a Delaware corporation,<br><br>                      **Plaintiff**,<br>  v.<br><br>**MATTHEWS VENTURES HOLDINGS LLC**, a Connecticut limited liability company; **FIRST HARTFORD CAPITAL CORP.**, a Connecticut corporation; **FIRST WALLINGFORD CAPITAL CORP.**, a Connecticut corporation and **ROBERT V. MATTHEWS**,<br><br>                      **Defendants.** | Case No. 08-C-954<br><br>Honorable Judge Guzman<br>Magistrate Judge Schenkier |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on June 4, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Ronald A. Guzman, or any judge sitting in his stead, in Courtroom 1219 of the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, Illinois and then and there present **Motion For Entry of Judgment on the Pleadings and Confession of Judgment**, a copy of which is attached hereto and herewith served upon you, at which time you may appear as you deem fit.

### CERTIFICATE OF SERVICE

I, J. Mark Fisher, an attorney, state that on June 2, 2008, I caused the foregoing Notice of Motion and the document referred to therein to be served upon the counsel listed below by messenger and electronic service.

>  Joel C. Griswold
>  Bell Boyd & Lloyd, LLP
>  70 West Madison Street, Suite 3100
>  Chicago, IL  60602

                                                        /s/ J. Mark Fisher

J. Mark Fisher
Melody R. Barron
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, Illinois 60606-6473
(312) 258-5500 (telephone)
(312) 258-5700 (facsimile)
CH2\2524179.1