# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Merrill Lynch Commercial Finance Corp.

                       Plaintiff,

v.                                      Case No.: 1:08–cv–00954

                                      Honorable Ronald A. Guzman

Matthews Ventures Holdings LLC, et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 4, 2008:

       MINUTE entry before the Honorable Ronald A. Guzman:Motion hearing held on 6/4/2008 regarding motion by Plaintiff Merrill Lynch Commercial Finance Corp. for judgment on the pleadings and Confession of Judgment [21] and continued to 6/13/2008 at 09:30 AM. Status hearing reset to 6/13/2008 at 09:30 AM.Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.