## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **MERRILL LYNCH COMMERCIAL FINANCE CORP.**, a Delaware corporation,<br><br>　　　　　　　　**Plaintiff**,<br><br>　v.<br><br>**MATTHEWS VENTURES HOLDINGS LLC**, a Connecticut limited liability company; **FIRST HARTFORD CAPITAL CORP.**, a Connecticut corporation; **FIRST WALLINGFORD CAPITAL CORP.**, a Connecticut corporation and **ROBERT V. MATTHEWS**,<br><br>　　　　　　　　**Defendants**. | **Case No. 08-C-954**<br><br>**Honorable Judge Guzman**<br>**Magistrate Judge Schenkier** |

## NOTICE OF FILING

　　　　PLEASE TAKE NOTICE that on June 20, 2008, we filed a revised **Confession of Judgment** against defendants, a copy of which is attached hereto and herewith served upon you, at which time you may appear as you deem fit.

## CERTIFICATE OF SERVICE

　　　　I, J. Mark Fisher, an attorney, state that on June 20, 2008, I caused the foregoing Notice of Motion and the document referred to therein to be served upon the counsel listed below by hand delivery and electronic service.

　　　　　　　　Joel C. Griswold
　　　　　　　　Bell Boyd & Lloyd, LLP
　　　　　　　　70 West Madison Street, Suite 3100
　　　　　　　　Chicago, IL  60602

　　　　　　　　　　　　　　　　　　　/s/ J. Mark Fisher

J. Mark Fisher
Melody R. Barron
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, Illinois 60606-6473
(312) 258-5500 (telephone)
(312) 258-5700 (facsimile)
CH2\2564079.1

CONFESSION OF JUDGMENT

    Defendants Matthews Ventures Holdings LLC, First Hartford Capital Corporation, First Wallingford Capital Corporation and Robert V. Matthews by J. Mark Fisher, Attorney at Law, waives service of process and confesses that there is due from each of these Defendant to Plaintiff Merrill Lynch Commercial Finance Corporation.

| | |
|---|---:|
| Principal | $2,376,263.07 |
| Interest through June 20, 2008 | 146,605.67 |
| Commitment Fee | 16,875.00 |
| Amendment Fee | 25,000.00 |
| Late Charges | 15,209.04 |
| Unpaid Attorneys' fees for prior amendments, forbearance agreements, etc. | 101,639.03 |
| Attorneys' fees and costs in this action | 33,211.95 |
| TOTAL AMOUNT DUE | $2,714,803.76 |

Defendant agrees that judgment may be entered without process for the total above and costs of suit and releases and waives all rights as authorized in the Promissory Note.

                                                                                 /s/ J. Mark Fisher
                                                                                   Attorney at Law

CH2\2563770.1

*As Revised June 19, 2008*