IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **MERRILL LYNCH COMMERCIAL FINANCE CORP.**, a Delaware corporation,<br><br>　　　　　　　　　**Plaintiff,**<br>　v.<br><br>**MATTHEWS VENTURES HOLDINGS LLC**, a Connecticut limited liability company; **FIRST HARTFORD CAPITAL CORP.**, a Connecticut corporation; **FIRST WALLINGFORD CAPITAL CORP.**, a Connecticut corporation and **ROBERT V. MATTHEWS,**<br><br>　　　　　　　　　**Defendants.** | Case No. 08-C-954<br><br>Honorable Judge Guzman<br>Magistrate Judge Schenkier |

## NOTICE OF MOTION

　　　　PLEASE TAKE NOTICE that on June 26, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Ronald A. Guzman, or any judge sitting in his stead, in Courtroom 1219 of the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, Illinois and then and there present **Motion For Entry of Judgment on the Pleadings and Confession of Judgment**, a copy of which is attached hereto and herewith served upon you, at which time you may appear as you deem fit.

## CERTIFICATE OF SERVICE

　　　　I, J. Mark Fisher, an attorney, state that on June 20, 2008, I caused the foregoing Notice of Motion and the document referred to therein to be served upon the counsel listed below by messenger and electronic service.

　　　　　　　　　Joel C. Griswold
　　　　　　　　　Paul Walsen
　　　　　　　　　Bell Boyd & Lloyd, LLP
　　　　　　　　　70 West Madison Street, Suite 3100
　　　　　　　　　Chicago, IL  60602
　　　　　　　　　　　　　　　　／s／ J. Mark Fisher

J. Mark Fisher
Melody R. Barron
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, Illinois 60606-6473
(312) 258-5500 (telephone)
(312) 258-5700 (facsimile)
CH2\2524179.1