**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Merrill Lynch Commercial Finance Corp.
                               Plaintiff,

v.                                              Case No.: 1:08−cv−00954
                                                Honorable Ronald A. Guzman

Matthews Ventures Holdings LLC, et al.
                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 26, 2008:

  MINUTE entry before the Honorable Ronald A. Guzman:Motion hearing held on 6/26/2008. Motion by Plaintiff for judgment on the pleadings (Amended) [26] is granted. Any pending motions or schedules in this case are stricken as moot. Civil case terminated. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.