# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 954 | **DATE** | 6/26/08 |
| **CASE TITLE** | MERRILL LYNCH COMMERCIAL FINANCE CORP. v. MATTHEWS VENTURES HOLDINGS LLC, et al | | |

**DOCKET ENTRY TEXT**

Enter Judgment Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

Courtroom Deputy Initials: CG