IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MERRILL LYNCH COMMERCIAL FINANCE CORP., a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MATTHEWS VENTURES HOLDINGS LLC, a Connecticut limited liability company; FIRST HARTFORD CAPITAL CORP., a Connecticut corporation; FIRST WALLINGFORD CAPITAL CORP., a Connecticut corporation and ROBERT V. MATTHEWS,<br><br>　　　　　　Defendants. | Case No. 08-C-954<br><br>Honorable Judge Guzman<br>Magistrate Judge Schenkier |

## ENTRY OF JUDGMENT

This matter having come before the Court upon *Plaintiff's Revised Motion for Entry of Judgment and Confession of Judgment*, the parties having been given due and adequate notice, the Court being fully advised of the premises and having considered the pleadings, the motion and exhibits, including Plaintiff's confession of judgment and affidavit as to damages, and the Court having jurisdiction over the parties and subject matter;

IT IS HEREBY ORDERED THAT:

Plaintiff Merrill Lynch Commercial Finance Corp. recover from each of the Defendants Matthews Ventures Holdings LLC, First Hartford Capital Corp., First Wallingford Capital Corp. and Robert V. Matthews, jointly and severally, the amount of $2,720,178.13, including Plaintiff's reasonable attorneys' fees and costs of suit in the amount of $34,625.95, with post-judgment interest at the rate of 2.16%.

Dated: 6/26/08

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Robert A. Guzman
　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

Order Drafted by Plaintiffs
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, Illinois 60606-6473
(312) 258-5500 (telephone)
(312) 258-5700 (facsimile)

CH2\2563771.1