IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MERRILL LYNCH COMMERCIAL FINANCE CORP., a Delaware corporation,<br><br>Plaintiff<br><br>v.<br><br>MATTHEWS VENTURES HOLDINGS LLC, a Connecticut limited liability company; FIRST HARTFORD CAPITAL CORP., a Connecticut corporation; FIRST WALLINGFORD CAPITAL CORP., a Connecticut corporation and ROBERT V. MATTHEWS,<br><br>Defendants. | Case No. 08-C-954<br><br>Honorable Judge Guzman<br>Magistrate Judge Schenkier |

## PETITION TO REVIVE JUDGMENT

NOW COMES Plaintiff Bank of America, N.A., successor to Merrill Lynch Commercial Finance Corp., by its undersigned attorneys, and for this Petition to Revive Judgment brought pursuant to 735 ILCS 5/2-1601, states as follows:

1. This is a Petition to revive a judgment entered June 26, 2008, in favor of Plaintiff and against Defendants, jointly and severally, in the total amount of $2,720,178.13 (the "Judgment"). The total amount of the Judgment included principal of $2,685,552.18 and attorneys' fees of $34,625.95.

2. 735 ILCS 5/2-1602(a) provides that an expired judgment may be revived at any time within 20 years after its original entry to permit continued enforcement of the judgment.

3. As of January 18, 2017, the balance due on the Judgment was $2,998,212.34. That amount includes the original Judgment balance of $2,720,178.13 plus accrued post-judgment interest of $498,179.63, minus collections on the Judgment totaling $219,997.49. Interest continues to accrue at the post-judgment interest rate of 2.16% per annum at the rate of $147.93 each day.

WHEREFORE, Plaintiff respectfully requests this Court to enter an order reviving the Judgment originally entered in this case and for such other and further relief as this Court deems appropriate.

Dated: January 18, 2017

Respectfully submitted,

BANK OF AMERICA, N.A., successor to Merrill Lynch Commercial Finance Corp.

By: /s/ Michael W. Ott
    J. Mark Fisher (Illinois Bar No. 3121711)
    Michael W. Ott (Illinois Bar No. 6253511)
    SCHIFF HARDIN LLP
    233 S. Wacker Drive
    Suite 6600
    Chicago, Illinois 60606-6473
    (312) 258-5500 (phone)
    (312) 258-5700 (facsimile)
    mfisher@schiffhardin.com
    mott@schiffhardin.com

*Its attorneys*